Upper Milford Township *v.* Beck, Appellant.

Argued June 18, 1971.

*Wilbur C. Creveling, Jr.,* with him *Harry P. Creveling,* for appellant; *G. Hahalis,* with him *Wallace C. Worth, Jr.,* for appellee.

Judgment affirmed.